### EX PARTE R. G. COX.

No. 5663.   Decided December 17, 1919.

**Habeas Corpus—Bail.**

Where, upon appeal from *habeas corpus* proceedings, defendant was remanded to custody without bail, and this court finds from the record that he is entitled to bail, same is granted.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. C. W. Roberson, judge.

Appeal from a *habeas corpus* proceeding denying bail on a charge of murder.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Under *habeas corpus* proceeding the appellant was remanded to custody without bail. We are of opinion that in this there was error. A careful inspection of the facts leads us to this conclusion. We pretermit a discussion of the evidence inasmuch as the case will go before a jury. The judgment is reversed, and bail is fixed in the sum of $10,000, the bond to be taken and approved by the sheriff of Harris County.

The judgment is reversed and bail granted.

*Bail granted.*